**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LINDA McCORMICK,

    Plaintiff,

v.                                                            Case No. 08-CV-10075

ROBERT BRZEZINSKI, et al.,

    Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S "MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILING TO PROVIDE DISCOVERY"**

Pending before the court is Defendant Robert Leosh's "Motion to Dismiss Plaintiff's Complaint for Failing to Provide Discovery," filed December 17, 2008. On February 10, 2009, the court held a hearing on the matter. For the reasons stated on the record,

IT IS ORDERED that Defendant Robert Leosh's "Motion Dismiss Plaintiff's Complaint for Failing to Provide Discovery" [Dkt. # 72] is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to the request that Plaintiff appear for a deposition and is DENIED in all other respects.

IT IS FURTHER ORDERED that Plaintiff appear for a deposition, not to exceed two and one-half hours of direct examination,[1] on **February 12, 2009 at 9:00 a.m.** at Bienestock Court Reporting.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

---

[1] This time limitation does not include objections or any breaks.

Dated: February 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner<br>
Case Manager and Deputy Clerk<br>
(313) 234-5522