UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA McCORMICK,

    Plaintiff,

v.                                  Case No. 08-CV-10075

ROBERT BRZEZINSKI, et al.,

    Defendants.
                                      /

**ORDER DENYING PLAINTIFF'S "MOTION FOR PROTECTIVE ORDER TO SUSPEND AND LIMIT DISCOVERY," GRANTING DEFENDANT'S "MOTION FOR PROTECTIVE ORDER," DENYING PLAINTIFF'S "MOTION TO HOLD DEFENDANT LEOSH IN CONTEMPT," AND DENYING PLAINTIFF'S "MOTION TO COMPEL THE TAKING OF DEPOSITIONS"**

Pending before the court are several motions by *pro se* Plaintiff Linda McCormick, Defendants Robert B. Brzezinski, Robert Genik, Ronnie Warra, the City of Livonia ("Defendants Brzezinski, et al."), and Defendant Robert Leosh regarding discovery matters in the above-captioned case. These include:

    1) Plaintiff's "Motion for Protective Order to Suspend and Limit Discovery," filed December 9, 2008. [Dkt. # 67.]

    2) Defendant Brzezinski's "Motion for Protective Order," filed December 10, 2008. [Dkt. #68.]

    3) Plaintiff's "Motion to Hold Defendant Leosh in Contempt," filed December 16, 2008. [Dkt. # 71.]

    4) Plaintiff's "Motion to Compel the Taking of Depositions," filed December 24, 2008. [Dkt. # 74.]

On February 10, 2009, the court held a hearing on the motions. For the reasons stated on the record,

IT IS ORDERED that Plaintiff's "Motion for Protective Order to Suspend and Limit Discovery" [Dkt. # 67] is DENIED.

IT IS FURTHER ORDERED that Defendant Brzezinski's "Motion for Protective Order" [Dkt. # 68] is GRANTED.[1]

IT IS ALSO ORDERED that Plaintiff's "Motion to Hold Defendant Leosh in Contempt" [Dkt. # 71] is DENIED.

Finally, IT IS ORDERED that Plaintiff's "Motion to Compel the Taking of Depositions" [Dkt. 74] is DENIED.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 11, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

[1] The court may reexamine this motion following the disposition of Defendants' pending dispositive motions.