UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA McCORMICK,

    Plaintiff,

v.                                           Case No. 08-10075

ROBERT LEOSH,

    Defendant.
                                                  /

**AMENDED[1] ORDER OF DISMISSAL**

On December 14, 2009, before beginning jury selection, Defendant Robert Leosh, acting through counsel, and Plaintiff acting *pro se* indicated that they wished to continue settlement discussions. They later arrived at a resolution the terms of which were recited by the parties to the court. The parties will diligently reduce to writing the ordinary terms of such an agreement, with each party to bear its own costs.

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice to the right of either party to move before March 15, 2010, to vacate this order and reinstate the case for settlement enforcement or other purposes in the event that settlement is not consummated. On March 15, 2010, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: December 18, 2009

---

[1] The only difference between this "Amended Order for Dismissal" and the original "Order of Dismissal" [Dkt. # 144] is the addition of the Defendant's name, Robert Leosh. This amendment satisfies the concerns raised in "Plaintiff's Motion to Amend Court's Order of Dismissal" [Dkt. # 145]. Accordingly, that Motion will be terminated.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 18, 2009, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522